UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAITLIN HIPKIN,<br><br>  Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>  Defendant. | NO. 2:22-cv-01053-JHC<br><br>ORDER MODIFYING SCHEDULING ORDER<br><br>NOTED FOR CONSIDERATION:<br>**March 31, 2023** |

Having reviewing the Parties' Stipulated Motion to Modify Scheduling Order, filed March 31, 2023, and finding good cause to do so,

IT IS HEREBY ORDERED that the Scheduling Order (Dkt. 7) is modified, by extending the deadlines to the following dates:

Deadline to File Administrative Record:     4/28/23

Deadline to File Cross Rule 52 Motions:     5/26/23

Deadline to File Response Briefs:     6/26/23

DATED this 3rd day of April 2023.

_____
Hon. John H. Chun
Unite States District Judge

STIPULATED MOTION TO MODIFY
SCHEDULING ORDER
Case No. 2:22-cv-01053-JHC

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1
2
3
4
5  Presented by:

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

GORDON REES SCULLY
MANSUKHANI, LLP


By: *s/Shannon L. Wodnik*
   Shannon L. Wodnik, WSBA No. 44998
   Alexander A. Jurisch, WSBA #53552
   *Attorneys for Defendant Metropolitan*
   *Life Insurance Company*
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Email: swodnik@grsm.com
      ajurisch@grsm.com


EVERGREEN DISABILITY LAW

By: _____
   Jeremy L. Bordelon, WSBA No. 53118
   *Attorneys for Plaintiff Kaitlin Hipkin*
Evergreen Disability Law
465 NE 181st Ave., No. 500
Portland, OR 97230
Phone: (503) 888-9331
Email: jeremy@evergreendisability.com

---

STIPULATED MOTION TO MODIFY
SCHEDULING ORDER

Case No. 2:22-cv-01053-JHC

**GORDON REES SCULLY**
**MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1282477/75703387v.2