1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

KAITLIN HIPKIN,

11

Plaintiff,

NO. 2:22-cv-01053-JHC

12

v.

13

METROPOLITAN LIFE INSURANCE
COMPANY,

ORDER MODIFYING
SCHEDULING ORDER

14

Defendant.

15

16

Having reviewing the Parties' Stipulated Motion to Modify Scheduling Order, filed May

17

9, 2023, and finding good cause to do so,

18

IT IS HEREBY ORDERED that the Scheduling Order (Dkt. 11) is modified, by

19

extending the deadlines to the following dates:

20

Deadline to File Cross Rule 52 Motions:        6/26/23

21

22

Deadline to File Response Briefs:        7/26/23

DATED this ___9th___ day of May 2023.

23

24

_____
Honorable John H. Chun
United States District Judge

25

26

ORDER MODIFYING
SCHEDULING ORDER
Case No. 2:22-cv-01053-JHC

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1    Presented by:

2    GORDON REES SCULLY
     MANSUKHANI, LLP

3

4    By: *s/Sally S. Kim*
       Sally S. Kim, WSBA #35289
5       Shannon L. Wodnik, WSBA #44998
       Alexander A. Jurisch, WSBA #53552
6       *Attorneys for Defendant Metropolitan*
       *Life Insurance Company*
7    Gordon Rees Scully Mansukhani, LLP
     701 Fifth Avenue, Suite 2100
8    Seattle, WA 98104
     Phone: (206) 695-5100
9    Email: sallykim@grsm.com
           swodnik@grsm.com
10          ajurisch@grsm.com

11   EVERGREEN DISABILITY LAW

12

    By: *s/Jeremy L. Bordelon*
13       Jeremy L. Bordelon, WSBA No. 53118
       *Attorneys for Plaintiff Kaitlin Hipkin*
14   Evergreen Disability Law
    465 NE 181st Ave., No. 500
15   Portland, OR 97230
    Phone: (503) 888-9331
16   Email: jeremy@evergreendisability.com

17

18

19

20

21

22

23

24

25

26

ORDER MODIFYING
SCHEDULING ORDER
Case No. 2:22-cv-01053-JHC

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822