UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAITLIN HIPKIN,<br><br>  Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>  Defendant. | NO. 2:22-cv-01053-JHC<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL** |

### STIPULATION

Plaintiff Kaitlin Hipkin ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("Defendant") (Plaintiff and Defendant are collectively referred to herein as the "Parties"), by and through their respective counsel, file this Joint Stipulation for Dismissal pursuant to F.R.C.P. 41(a)(2) with prejudice and with each Party to bear their own attorneys' fees and costs. Additionally, the Parties request that this Honorable Court issue an Order of dismissal retaining jurisdiction to enforce the terms of the settlement.

STIPULATED TO this 26th day of July, 2023.

JOINT STIPULATION AND ORDER
OF DISMISSAL
Case No. 2:22-cv-01053-JHC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

GORDON REES SCULLY MANSUKHANI, LLP


By: *s/Sally S. Kim*
    Sally S. Kim, WSBA #35289
    Shannon L. Wodnik, WSBA #44998
    Alexander A. Jurisch, WSBA #53552
    *Attorneys for Defendant Metropolitan Life Insurance Company*
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Email: sallykim@grsm.com
       swodnik@grsm.com
       ajurisch@grsm.com


EVERGREEN DISABILITY LAW


By: *s/Jeremy L. Bordelon*
    Jeremy L. Bordelon, WSBA #53118
    *Attorneys for Plaintiff Kaitlin Hipkin*
Evergreen Disability Law
465 NE 181st Ave., No. 500
Portland, OR 97230
Phone: (503) 888-9331
Email: jeremy@evergreendisability.com

JOINT STIPULATION AND ORDER OF DISMISSAL
Case No. 2:22-cv-01053-JHC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter be DISMISSED with prejudice and with each Party to bear their own attorneys' fees and costs. Additionally, this Honorable Court will retain jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

Dated: July 26, 2023

_____
Honorable John H. Chun
United States District Judge

*Presented by:*

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Sally S. Kim*
    Sally S. Kim, WSBA #35289
    Shannon L. Wodnik, WSBA #44998
    Alexander A. Jurisch, WSBA #53552
    *Attorneys for Defendant Metropolitan Life Insurance Company*
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Email: sallykim@grsm.com
       swodnik@grsm.com
       ajurisch@grsm.com

EVERGREEN DISABILITY LAW

By: *s/Jeremy L. Bordelon*
    Jeremy L. Bordelon, WSBA No. 53118
    *Attorneys for Plaintiff Kaitlin Hipkin*
Evergreen Disability Law
465 NE 181st Ave., No. 500
Portland, OR 97230
Phone: (503) 888-9331
Email: jeremy@evergreendisability.com

JOINT STIPULATION AND ORDER OF DISMISSAL
Case No. 2:22-cv-01053-JHC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1282477/79528138v.1